## UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>CARMEN M GETER<br><br>Debtor | Chapter 13<br><br>Case No. 18-13995-KHK |

### OBJECTION TO CONFIRMATION OF PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed December 12, 2018. The cause for this objection is as follows:

>  **Violation of 11 U.S.C. §1325(a)(6)** - Feasibility - Plan funding is predicated entirely on speculative real estate sale.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

**Notice of Objection To Confirmation**
Carmen M Geter, Case # 18-13995-KHK

*Attend the hearing to be held on February 14, 2019 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

    Thomas P. Gorman
    300 North Washington Street, Ste, 400
    Alexandria, VA 22314

    Clerk of the Court
    United States Bankruptcy Court
    200 South Washington Street
    Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: __January 23, 2019_____            __/s/Thomas P. Gorman _____
                                                                       Thomas P. Gorman
                                                                       Chapter 13 Trustee
                                                                       300 N. Washington Street, #400
                                                                       Alexandria, VA 22314
                                                                       (703) 836-2226
                                                                       VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of January, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Carmen M Geter | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 9989 Capperton Drive | Fisher-Sandler, LLC |
| Oakton, VA 22124 | 3977 Chain Bridge Rd. #2 |
| | Fairfax, VA 22030 |

                                                                          __/s/ Thomas P. Gorman_____
                                                                          Thomas P. Gorman